IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **TQP DEVELOPMENT LLC** | § | |
| | § | |
| **V.** | § | No. 2:12CV725 |
| | § | |
| **MITAC DIGITAL CORP.** | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Voluntary Dismissal Without Prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 26th day of November, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE